UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Angel Rodriguez Hidalgo,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02185-CDS-BNW

**Order Granting Petitioner's Motion to Extend Time**

[ECF Nos. 9, 11]

Petitioner Angel Rodriguez Hidalgo's counsel moves to extend time to file an amended petition for writ of habeas corpus because they need additional time to review records relevant to the petitioner's prior criminal case. Mot., ECF No. 11. The court finds that the petitioner's request is made in good faith and not solely for the purpose of delay.

IT IS THEREFORE ORDERED that the petitioner's motion to extend time to file an amended petition **[ECF No. 11] is GRANTED**. An amended petition is due by August 14, 2026. It is further ordered that the petitioner's first motion to extend time **[ECF No. 9] is denied as moot.**[1]

Dated: August 11, 2026

Cristina D. Silva
United States District Judge

[1] The petitioner's first motion was filed prior to the order vacating the transfer order. This case was reassigned to me on August 4, 2026. ECF No. 10.