Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Angel Rodriguez Hidalgo

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Angel Rodriguez Hidalgo,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-02185-CDS-BNW

**Order Approving Stipulation to Extend Time to File First Amended Petition**

**(Third Request)**

[ECF No. 13]

Petitioner Angel Rodriguez Hidalgo and Respondents through undersigned counsel, hereby submit this stipulation for an extension of time of two weeks for Petitioner's first amended petition, moving the deadline to August 28, 2026. This is the third request for an extension of time.

## POINTS AND AUTHORITIES

Petitioner filed his petition for writ of habeas corpus under 28 U.S.C. § 2241 on or around July 14, 2026.[1] This Court appointed the Office of the Federal Public Defender to represent Petitioner on July 21, 2026.[2] This Court directed the FPD to file an amended petition by July 31, 2026.[3] For the reasons explained below, Petitioner requests a two-week extension of time for Petitioner to file his amended petition.

Here, good cause exists for an extension of time. Undersigned counsel received requested records related to Hidalgo's prior criminal case after 5 PM on August 10. Since then, counsel has made substantial progress researching the legal issues presented by this case but requires additional time for research and drafting the position. Two weeks are requested because undersigned counsel will be traveling and attending a training from August 18–20. It is anticipated that no further extension requests will be necessary.

Respectfully submitted this 14th day of August, 2026.

TODD BLANCHE
U.S. Attorney General
Sigal Chattah, First Assistant

*/s/ Tamer B. Botros*
Tamer B. Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Laura Barrera*
Laura Barrera
Assistant Federal Public Defender

IT IS SO ORDERED:

United States District Judge
Dated: August 18, 2026

Although the stipulation violates Local Rule IA 6-2, it is approved. The parties are reminded that a stipulation must include an order in the form of a signature block.

[1] ECF No. 1.

[2] ECF No. 5.

[3] ECF No. 5 at 4.