UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Angel Rodriguez Hidalgo,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02185-CDS-BNW

**Order Granting in Part Petitioner's Motion for an Order to Show Cause and to Set a Briefing Schedule**

[ECF No. 16]

Petitioner Angel Rodriguez Hidalgo moves the court for an order to show cause and to set a briefing schedule for the response and reply to the amended petition filed on August 28, 2026. ECF No. 16. The petitioner's motion is granted in part, and a briefing schedule is set. The respondents are ordered to file a response to the amended petition by October 22, 2026. The petitioner's reply is due within five days after the respondents file their response.

It is further ordered that, in filing a response, the federal respondents must produce the following records, which are relevant to the lawfulness of the petitioner's detention: (1) I-200 warrant for arrest of alien; (2) I-286 initial custody determination; (3) I-862 notice to appear; (4) I-213 record of deportable or inadmissible alien; (5) all immigration court orders in the petitioner's removal proceedings or custody redetermination proceedings; (6) documents reflecting any appeal of any immigration court orders by the Department of Homeland Security or the petitioner; (7) transcripts and/or audio recordings of any custody redetermination proceedings; and (8) any other records the federal respondents rely on to justify petitioner's detention. Alternatively, the federal respondents must certify that, after a diligent search, they have determined that the records are not in their possession, custody, or control.[1]

---

[1] This court has the express authority to "use[,] or authorize the use[,] of suitable discovery procedures" to dispose of a viable habeas petition "as law and justice require." *Harris v. Nelson*, 394 U.S. 286, 290 (1969) *(fn. cont…)*

It is further ordered that the parties must meet and confer regarding any requests for an extension of deadlines and stipulate to the extension if possible. Any motion for extension must certify efforts taken to meet and confer and indicate the opposing party's position regarding the extension. Any motion or stipulation must comply with Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1, 6-2.

Dated: October 8, 2026

Cristina D. Silva
United States District Judge

(quoting 28 U.S.C. § 2243); *see also* Rule 7, § 2254 Rules (empowering a court to direct the parties to expand the record by submitting additional materials relating to the petition). The court concludes limited discovery is necessary to expand the record and properly dispose of this matter.