Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Angel Rodriguez Hidalgo

# United States District Court
# District of Nevada

| | |
|---|---|
| Angel Rodriguez Hidalgo,<br>Petitioner<br>v.<br>Todd Blanche, *et al.*,<br>Respondents | Case No. 2:26-cv-02185-CDS-MDC<br>**Order Granting Petitioner's Unopposed Motion for Extension of Time to File Reply in Support of First Amended Petition**<br>**(First Request)**<br>[ECF No. 21] |

Petitioner, through this undersigned counsel, hereby requests that the court extend the due date for Petitioner's reply in support of his first amended petition by two weeks, up to and including November 10, 2026. This is the first request for an extension of time.

## Points and Authorities

Petitioner filed his petition for writ of habeas corpus under 28 U.S.C. § 2241 on or around July 14, 2026.[1] This Court appointed the Office of the Federal Public Defender to represent Petitioner on July 21, 2026.[2] Petitioner filed his counseled amended petition on August 28, 2026.[3] Respondents filed their response on October 22, 2026.[4] Petitioner's reply is due today, October 27, 2026. For the reasons explained below, Petitioner requests a two-week extension of time for Petitioner to file his amended petition.

Here, good cause exists for an extension of time. Undersigned counsel was out of the office for training and work-related travel from October 19 through 22 and will be out of the office for work-related travel again from November 3 through 6. Undersigned counsel accordingly needs this two-week extension in order to accommodate recent and upcoming travel, additional case deadlines, and to meet with Petitioner before filing the response.

Pursuant to this Court's Order and local rules, undersigned counsel emailed counsel for the Respondents, Martin Mayer, on October 27, 2026, to obtain Respondents' position on this request for an extension. Mr. Mayer indicated that Respondents do not oppose.

//

//

//

---

[1] ECF No. 1.

[2] ECF No. 5.

[3] ECF No. 15.

[4] ECF No. 20.

This motion is filed in good faith and for good cause. It is not filed for the purpose of delay, but in the interests of justice and the interests of Petitioner.

Dated October 27, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Laura Barrera*
Laura Barrera
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: October 28, 2026