Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Angel Rodriguez Hidalgo

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Angel Rodriguez Hidalgo,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02185-CDS-MDC

**Order Granting Petitioner's Unopposed Motion for Extension of Time to File Reply in Support of First Amended Petition (Second Request)**

[ECF No. 23]

Petitioner, through this undersigned counsel, hereby requests that the court extend the due date for Petitioner's reply in support of his first amended petition by three days, up to and including November 13, 2026. This is the second request for an extension of time.

## POINTS AND AUTHORITIES

Petitioner filed his petition for writ of habeas corpus under 28 U.S.C. § 2241 on or around July 14, 2026.[1] This Court appointed the Office of the Federal Public Defender to represent Petitioner on July 21, 2026.[2] Petitioner filed his counseled amended petition on August 28, 2026.[3] Respondents filed their response on October 22, 2026.[4] Petitioner's reply is due today, November 10, 2026. For the reasons explained below, Petitioner requests a three-day extension of time to file his reply.

Here, good cause exists for an extension of time. Undersigned counsel was out of the office for training and work-related travel from October 19 through 22 and again from November 3 through 6. Undersigned counsel needs to meet with Petitioner before filing the reply and had scheduled a meeting for today, November 10, but the detention center needed to reschedule the meeting. It has been rescheduled for November 11, which is a holiday. Accordingly, Petitioner seeks an extension of three days to file the reply.

Pursuant to this Court's Order and local rules, undersigned counsel emailed counsel for the Respondents, Martin Mayer, on November 10, 2026, to obtain Respondents' position on this request for an extension. Mr. Mayer indicated that Respondents do not oppose.

//

//

//

---

[1] ECF No. 1.

[2] ECF No. 5.

[3] ECF No. 15.

[4] ECF No. 20.

This motion is filed in good faith and for good cause. It is not filed for the purpose of delay, but in the interests of justice and the interests of Petitioner.

Dated November 10, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Laura Barrera*
Laura Barrera
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: November 16, 2026